1

2

DIOURBEL & ASSOCIATES
Dakar Diourbel, SBN – 266565
1100 South Hope Street, Suite 103
Los Angeles, CA  90015
Telephone – (213) 858-2698
Email – Diourbel@aol.com

3

4

5

6

Attorneys for the plaintiff,
JANE ROE.

7

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

8

9

JANE ROE,

10

Plaintiff,

11

12

13

14

vs.

15

16

17

18

19

RIALTO UNIFIED SCHOOL DISTRICT,
CUAUHTÉMOC AVILA, ARNIE AYALA,
TODD HARRIS, CAROLINE SWEENEY,
ALEX OLMOS, OFFICER SANDOVAL,
OFFICER BISHOP, CITY OF SAN
BERNARDINO, and DOES 1-10,

20

21

22

Defendants.

23

24

25

26

27

28

**CASE NO. 5:19-cv-863**

**CIVIL RIGHTS COMPLAINT FOR
VIOLATION OF:**

1) Title IV of the Civil Rights Act of 1964

2) Title VI of the Civil Rights Act of 1964

3) Title IX of the Education Amendments of 1972

4) 42 U.S.C. § 1983

5) California Constitution Article I §7 – Equal Protection Clause

6) California Education Code §201

7) California Education Code §234.1(b)

8) Negligence

9) Negligent Supervision

10) Invasion of Right to Privacy

11) Harassment

12) Defamation of Character

13) False Imprisonment

14) Intentional Infliction of Emotional Distress

15) Negligent Infliction of Emotional Distress

16) Assault

17) Battery

18) Parental Liability

[Jury Demanded]

1

# I. JURISDICTION

**1**. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

# II. VENUE

**2**. Venue is proper pursuant to 28 U.S.C. § 1391 because Plaintiffs' injuries were sustained in the Cities of Rialto and Colton, County of San Bernardino, State of California.  Furthermore, venue is proper because all Defendants work and/or reside in this United States Central District of California.

# III. PARTIES

**3.**  Plaintiff JANE ROE ("Jane Roe") is a 16-year-old, African-American, high school student who resides in San Bernardino County, and is a natural-born citizen of the United States of America.

**4.**  Defendant RIALTO UNIFIED SCHOOL DISTRICT ("School District") is, and was at all relevant times, an entity duly organized and existing under California law.

**5.**  Defendant CUAUHTÉMOC AVILA ("Superintendent Avila") is, and was at all relevant times, an individual employed by the School District.

**6.**  Defendant ARNIE AYALA ("Principal Ayala") is, and was at all relevant times, an individual employed by the School District.

**7.**  Defendant TODD HARRIS ("Assistant Principal Harris") is, and was at all relevant times, an individual employed by the School District.

**8.**  Defendant CAROLINE SWEENEY ("Assistant Principal Dr. Sweeney") is, and was at all relevant times, an individual employed by the School District.

**9.**  Defendant ALEX OLMOS ("Assistant Principal Olmos") is, and was at all relevant times, an individual employed by the School District.

**10.** Defendant OFFICER SANDAVOL is, and was at all relevant times, an individual employed by the SAN BERNARDINO POLICE DEPARTMENT.

2

**11.** Defendant OFFICER BISHOP is, and was at all relevant times, an individual employed by the School District.

**12.** Defendant CITY OF SAN BERNARDINO ("City") is, and was at all relevant times, an entity duly organized and existing under California law.

**13.** Plaintiffs are informed and believe and based thereon allege that, at all relevant times mentioned herein, named defendants and DOES 1-10, were each the agent, servant, employee, joint venture, partners and/or co-conspirators of one another, and to the extent of doing the acts alleged herein, each acted within the course and scope of said agency, service, or employment.

## IV.  STATEMENT OF FACTS

**14.** On April 14, 2018, while at home, Jane Roe posted a picture of her mother, La Toya Walker, on Instagram with the caption: "#MyBeautifulBlackQueen".  In reply to this social media post, Jane Roe's classmate at Rialto High School, A.T. (name withheld), wrote: "I know your not trying to talk. You are the only ugly one on here so clapback" [sic].  Prior to this time, Jane Roe never had any negative contact with this classmate.  Thus, A.T.'s comments were unprovoked.

**15.** Later that same day, A.T. copied, posted, and reposted Jane Roe's pictures from La Toya Walker's Instagram account.  She also made and posted a video, comparing Jane Roe's photographs to Africans in "Feed the Children" promotional advertisements.

**16.** On April 16, 2018, an aggressive and hostile A.T. physically approached Jane Roe on Rialto High School grounds, taunting her by asking: "Do you have an issue?"  Fortunately, Jane Roe maintained her composure, ignored A.T.'s taunts, walked away, and then went to the "senior academy" to draft a "statement sheet" about this encounter.

**17.** Later that day, Jane Roe reached out to a staff member at Rialto High School for help and protection from A.T. when she talked to Assistant Principal Todd Harris about the bullying and harassment she recently endured.

However, Mr. Harris refused to help Jane Roe, quickly dismissing her with: "There's nothing I can do because it was online."

18.  Next, Jane Roe contacted another staff member at Rialto High School for help and protection from A.T. when she approached Assistant Principal Dr. Caroline Sweeney, later that day, to talk to her about the bullying and harassment she recently endured.

19. However, Dr. Sweeney also failed to help Jane Roe, dismissing the matter with: "Don't post your mom's pictures anymore and you won't have problems."

20. On April 27, 2018, unprovoked, A.T. again reposted the pictures of Jane Roe, along with other pictures that A.T. personally took of Jane Roe while they were in their 5th-period, English class at Rialto High School.

21. Later that day, A.T. sent threatening messages via Snapchat to Jane Roe, warning her that A.T. was going to beat her up.  Concerned for her safety, Jane Roe went to Mr. Harris' office again and completed another "statement sheet," detailing the threats and bullying unleashed upon her by A.T. – including the taunts made.  However, true to form, Mr. Harris failed to respond to Jane Roe's plea for help and protection, opting to ignore Jane Roe's claims of bullying and harassment.

22. At this time, Jane Roe realized that she could not rely upon Mr. Harris to take any responsible action on her behalf.  For this reason, she then asked Mr. Harris if he could put either herself or A.T. in a different class.  Again, Assistant Principal Harris failed to take any reasonable action to protect Jane Roe and merely replied with: "I'll see."

23. Then, on May 2, 2018, while Jane Roe sat in the lunchroom, socializing with her friends and minding her own business, she was approached again by a hostile and aggressive A.T., who assaulted Jane Roe by threatening to "hit" her.  A.T. then attempted to bait Jane Roe into a fist-fight, stating: "What are you gonna to do?"

/ / /

Sadly, even though this incident took place in the immediate presence of Security Officer Bishop, Mr. Bishop stood idly by, statuesque, like a mere spectator, and watched the entire ordeal unfold, from start to finish, but failed to intervene and protect Jane Roe from the bullying and taunting he witnessed.

**24.** After realizing that she also could not rely upon Mr. Bishop to protect her, Jane Roe then called her mother, La Toya Walker, for help.  Ms. Walker advised Jane Roe to not respond to A.T.'s threats, and, instead, to go to "the academy" and write another "statement sheet" about A.T.'s bullying and harassment.  Jane Roe promptly followed her mother's advice.

**25.** The next day, May 3, 2018, during their 5th-period English class, an unprovoked, malicious, hostile, and angry A.T. stood up and told Jane Roe: "I'm going to have you killed after school today!"  Shocked and in disbelief of this death threat, Jane Roe stood to her feet and asked: "What did you say?"  Next, a heated argument ensued between the two students, which ended with them both being removed from class by their teacher, Kara Rizzo.  However, after Jane Roe and her bully were escorted out of class, school administrators again failed to protect Jane Roe from A.T.'s death threats when they placed them together in "the academy."  There, the taunting, name-calling, harassment, and criminal threats continued.  A.T. repeatedly called Jane Roe a "Trick ass bitch" and "Black ass bitch," amongst other things.

**26.** After being notified of the incident in the 5th-period, English class by her daughter, Ms. Walker arrived at the school, approximately twenty (20) minutes later, and met with Jane Roe to console and comfort her.  They then met with Assistant Principal Harris, who told them: "There's nothing I can do today; we can handle it tomorrow."  Ms. Walker then called the San Bernardino Police Department to file a report regarding A.T.'s death threat.  And, "tomorrow" came and went, of course, with Assistant Principal Harris failing to act and doing absolutely nothing to protect Jane Roe from being bullied and assaulted.

5

**27.** On May 10, 2018, an unprovoked, angry, and aggressive A.T. began to physically attack Jane Roe, by shoving and pushing her in the hallways of Rialto High School, as the students proceeded to class.  In fact, A.T. went out of her way to cross paths with Jane Roe, stalking Jane Roe, taking a longer route to her own classes and following Jane Roe to intimidate her, staring and glaring at Jane Roe, and plotting to physically assault her.  Meanwhile, Jane Roe remained in of fear of her safety, but managed to maintain her composure and tried her best to avoid A.T.  She would put her earphones on and walk away.

**28.** Then, on May 15, 2018, after Jane Roe left the office of Assistant Principal Alex Olmos, on her way to talk to Dr. Sweeney again about the bullying and assaults, she was again approached by an unprovoked, aggressive, and hostile A.T., who asked Jane Roe: "So, you ready for your fade?" The term "fade" is slang for "fight" or "beating".

**29.** At this moment, a physical altercation ensued between these two students and Jane Roe was taken into "the academy" for questioning by school officials.  Next, Jane Roe was interrogated by School Resource Officer Sandoval of the San Bernardino Police Department (badge #50532).  Officer Sandoval interrogated Jane Roe and erroneously concluded that Jane Roe caused the fight.  Next, he then bullied and coerced Jane Roe into signing her name on various papers, threatening to detain (falsely imprison) her if she refused.  Under duress, she complied.  The citation Officer Sandoval coerced Jane Roe into signing caused a petition to be filed against her at the *Juvenile Delinquency Court* in the City of San Bernardino, for allegedly violating various California Penal Code sections.  However, this same bogus citation was later dismissed by the juvenile court once the true facts of this case were revealed.

**30.** On May 17, 2018, A.T. sent more violent messages via Snapchat, threatening to have Jane Roe killed and claiming that she had someone watching Jane Roe's house.  Ms. Walker promptly reported these threats to the Colton Police Department.

6

**31.** Two days later, on May 19, 2018, A.T. sent even more threatening messages to Jane Roe, stating that she will have Jane Roe's mother, La Toya Walker, killed too.  She also defamed Ms. Walker in these messages, referring to her as "Hoe."  "Hoe" is a slang term for "whore."

**32.** Next, on June 17, 2018, A.T. used a pornographic video in a social media post to resume her assault upon Jane Roe, tagging Jane Roe in the sexually explicit video and creating a fake, photo-shopped image of Jane Roe, a minor, engaged in a crude sex act. This video was seen by their schoolmates at Rialto High School, and A.T. reposted the video repeatedly to give it as much public exposure as possible.

**33.** After enduring over two months of unadulterated hatred, bullying and taunting, physical attacks, death threats and criminal threats, stalking, slanderous and libelous accusations, hostility, ridicule and scorn, name-calling, escalating violence and torture, public disparagement, and an appalling and shocking level of inaction and apathy by Rialto High School administrators – despite receiving over twenty (20) written complaints (called "statement sheets") from Jane Roe about her bully's behavior – Jane Roe reached a traumatic breaking point.

**34.** On June 18, 2018, under the mounting pressure of stress and fear for her mother's safety and her own, Jane Roe succumbed to suicidal thoughts.  After drafting hand-written, suicide letters to, both, Assistant Principals Harris and Sweeney, Jane Roe then attempted to take her own life.  Her mother found her in a dire state and responded by rushing her to the hospital where she was committed and placed on a mandatory "72-hour hold."

**35.** The next day, Ms. Walker called Assistant Principal Sweeney to inform her of Jane Roe's condition and to make further pleas for Jane Roe's protection from the bullying and harassment.

/ / /

7

**36.** Then, in what can only be described as an extremely irresponsible, maliciously calculated move, or epic and colossal blunder, Assistant Principal Dr. Sweeney then disclosed this private, delicate, and confidential information regarding Jane Roe's mental health status to A.T. and A.T.'s parent, prompting A.T. to add insult to Jane Roe's injury, pain, anguish, and suffering, by further publicizing this sensitive and privileged health information, posting in her social media account: "Tell me why this bitch [Jane Roe] tried to kill herself dr. Sweeney call herself calling my mom bitch shut up" [sic].

**37.** Unfortunately, after recovering for a few weeks, Jane Roe relapsed and was again hospitalized for her suicidal thoughts and actions on July 18, 2018.  However, prior to being bullied by A.T., Jane Roe was never predisposed to suicide.

**38.** Currently, Jane Roe receives counseling four (4) times a week, including one-on-one therapy sessions.  She remains under constant adult supervision, however, as her mother fears for her daughter being left alone for any amount of time.

**39.** Because Rialto Unified School District has a bullying program and policy that it simply does not enforce, nor follow, Jane Roe suffered, and continues to suffer, tremendously.

## V.  CLAIMS

### FIRST CAUSE OF ACTION
#### (All Defendants)
#### Title IV of the Civil Rights Act of 1964

**40.** Plaintiff realleges paragraphs 1 through 39 and incorporate them fully herein by reference.

**41.** Title IV of the Civil Rights Act of 1964 prohibits discrimination on the basis of race, color, and national origin in programs and activities receiving federal financial assistance.  In this case, the School District is an educational entity and program, which receives federal funding, that discriminated against Jane Roe, a Black American teenager, on the basis of her race and color when it and its agents – including Rialto Unified School District Superintendent Cuauhtémoc Avila;

8

Rialto High School Principal Arnie Avila; Rialto High School Assistant Principals Todd Harris, Caroline Sweeney, and Alex Olmos; City of San Bernardino Police Officer Sandoval; and Rialto High School Security Officer Bishop – refused to protect her from being bullied and repeated called a "Black ass bitch" by her classmate, A.T., due to Jane Roe's race, skin color, and gender.

**42.** As a result of Defendants' irresponsible, malicious, and unconstitutional conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

**SECOND CAUSE OF ACTION**
**(All Defendants)**
**Title VI of the Civil Rights Act of 1964**

**43.** Plaintiff realleges paragraphs 1 through 42 and incorporate them fully herein by reference.

**44.** Title VI, 42 U.S.C. § 2000d et seq. prohibits intentional discrimination on the basis of race, color, and national origin in programs and activities receiving federal financial assistance.  Here, the School District is an educational entity and program, which receives federal funding, that discriminated against Jane Roe, a Black American teenager, on the basis of her race, skin color, and gender when it refused to protect her from being bullied and repeated called a "Black ass bitch" by a classmate, A.T., due Jane Roe's race, skin color, and gender.

**45.** As a result of Defendants' irresponsible, malicious, and unconstitutional conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

**THIRD CAUSE OF ACTION**
**(All Defendants)**
**Title IX of the Education Amendments of 1972**

**46.** Plaintiff reallege paragraphs 1 through 45 and incorporate them fully herein by reference.

**47.** Title IX of the Education Amendments Act of 1972 states:

/ / /

9

"No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance." In the current case, Jane Roe was, and is, denied the benefits of, and is subjected to, the discrimination of the federally subsidized School District education programs because she was forced into home-schooling and cannot attend classes at Rialto High School as a result of the gender-based bullying by A.T., who regularly assaulted Jane Roe by calling her a "Black bitch" and "hoe." These two derogatory epithets, perhaps more so than any others found in the English language, are designed to attack, diminish, insult, and hurt women. Additionally, Jane Roe endured this gender- and skin-color-based bullying while on the campus of Rialto High School, where School District exercises substantial control over students and their behavior, and where she brought these threats and acts of violence to the attention of various Rialto High School administrators – including Assistant Principals Todd Harris, Dr. Caroline Sweeney, and Alex Olmos, as well as Officer Sandoval of the San Bernardino Police Department – giving them actual knowledge of the bullying and harassment. Furthermore, the bullying harassment Jane Roe endured was severe, pervasive, and objectively offensive, such that it deprived her access to the educational opportunities and benefits provided by the school. But not for the School District's deliberate indifference to Jane Roe's bullying and harassment, her injuries would be relatively minor.

**48.** As a result of Defendants' irresponsible, malicious, and unconstitutional conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

### FOURTH CAUSE OF ACTION
**(In their Personal and Individual Capacities, Against Defendants Cuauhtémoc Avila, Arnie Avila, Todd Harris, Caroline Sweeney, Alex Olmos, Officer Sandoval, and Officer Bishop)**
**42 U.S.C. § 1983**

**49.** Plaintiff realleges paragraphs 1 through 48 and fully incorporate them herein by reference.

10

**50.** As a police officer with the San Bernardino Police Department, assigned to Rialto High School, Officer Sandoval acted under the color of state law when he bullied, threatened, and falsely imprisoned Jane Roe – a victim of death threats from A.T. at Rialto High School – and coerced her into signing a paper, against her will, thereby depriving her of rights privileges, or immunities guaranteed under federal law or the U.S. Constitution.

**51.** As a result of Defendants' irresponsible, malicious, and unconstitutional conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

**FIFTH CAUSE OF ACTION**
**(All Defendants)**
**California Constitution Article I §7 – Equal Protection Clause**

**52.** Plaintiff realleges paragraphs 1 through 51 and fully incorporate them herein by reference.

**53.** By refusing to protect Jane Roe from A.T.'s verbal and physical assaults, stalking, taunts and name-calling, racial hatred, bullying and death threats, harassment, violence and cyber-bullying with a pornographic video, School District and its agents denied her equal protection of the laws.

**54.** As a result of Defendants' irresponsible, malicious, and unconstitutional conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

**SIXTH CAUSE OF ACTION**
**(All Defendants)**
**California Education Code §201**

**55.** Plaintiff realleges paragraphs 1 through 54 and fully incorporate them herein by reference.

**56.** In relevant part, California Education Code §201 states: "All pupils have the right to participate fully in the educational process, free from discrimination and harassment… California's public schools have an affirmative obligation to combat racism, sexism, and other forms of bias, and a responsibility to provide equal educational opportunity… Harassment on school grounds directed

at an individual on the basis of personal characteristics or status creates a hostile environment and jeopardizes equal educational opportunity as guaranteed by the California Constitution and the United States Constitution." For the many reasons outlined above, School District and its agents – including Rialto Unified School District Superintendent Cuauhtémoc Avila; Rialto High School Principal Arnie Avila; Rialto High School Assistant Principals Todd Harris, Caroline Sweeney, and Alex Olmos; City of San Bernardino Police Officer Sandoval; and Rialto High School Security Officer Bishop – miserably failed to adhere to the mandates of California Education Code §201, by aiding and abetting in the racially and gender-motivated torture and bullying of Jane Roe.

**57.** As a result of Defendants' irresponsible, malicious, and unconstitutional conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

## SEVENTH CAUSE OF ACTION
### (All Defendants)
### California Education Code §234.1(b)

**58.** Plaintiff realleges paragraphs 1 through 57 and fully incorporate them herein by reference.

**59.** Under California Education Code §234.1(b), if school personnel witness an act of discrimination, harassment, intimidation, or bullying, they shall take immediate steps to intervene when safe to do so. However, in the case of Jane Roe, Rialto High School's Security Officer Bishop failed to take any steps, let alone immediate steps, to intervene when he personally witnessed Jane Roe being bullied, harassed, and intimidated by A.T. in the lunch room.

**60.** As a result of Defendants' irresponsible, malicious, and unconstitutional conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

## EIGHTH CAUSE OF ACTION
### (All Defendants)
### Negligence

**61.** Plaintiff realleges paragraphs 1 through 60 and incorporate them herein by reference as though stated herein in full.

**62.** As an educational institution receiving federal funding, Rialto High School owed a duty of care to Jane to provide and maintain a safe learning environment, free from bullying, violence, and death threats.  However, Rialto High School administrators – including Rialto Unified School District Superintendent Cuauhtémoc Avila; Rialto High School Principal Arnie Avila; Rialto High School Assistant Principals Todd Harris, Caroline Sweeney, and Alex Olmos; City of San Bernardino Police Officer Sandoval; and Rialto High School Security Officer Bishop – breached this duty of care by aiding and abetting said conduct, causing substantial, traumatic, and enduring injuries to Jane Roe that will likely require continuous counseling and rehabilitation for the remainder of her young life.

**63.** As a result of Defendants' negligent and irresponsible behavior, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

**<u>NINTH CAUSE OF ACTION</u>**
**(All Defendants)**
**Negligent Supervision**

**64.** Plaintiff realleges paragraphs 1 through 63 and fully incorporate them herein by reference.

**65.** As an employer of Rialto Unified School District Superintendent Cuauhtémoc Avila, Rialto High School Principal Arnie Avila, Rialto High School Assistant Principals Todd Harris, Caroline Sweeney, and Alex Olmos, City of San Bernardino Police Officer Sandoval, and Rialto High School Security Officer Bishop, School District knew or, through the exercise of ordinary care, should have known, that its employees' conduct, in failing and refusing to enforce the School District's "Anti-Bullying Policy" and aiding and abetting in the violence against Jane Roe, would subject Jane Roe to an unreasonable risk of harm.

/ / /

13

**66.** As a result of Defendants' irresponsible and negligent supervision, and malicious conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

## TENTH CAUSE OF ACTION
**(Against School District and Caroline Sweeney)**
**Invasion of Right to Privacy**

**67.** Plaintiff realleges paragraphs 1 through 66 and incorporate them herein by reference as though stated herein in full.

**68.** Because Rialto High School Assistant Principal Caroline Sweeney publicly revealed truthful information to A.T and her parent that was not of public concern – namely Jane Roe's mental health information, which a reasonable person would find offensive if made public – School District and Dr. Sweeney are liable for damages, injuries, etc.

**69.** As a result of Defendants' irresponsible, tortious, and malicious conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

## ELEVENTH CAUSE OF ACTION
**(All Defendants)**
**Harassment**

**70.** Plaintiff realleges paragraphs 1 through 69 and fully incorporate them herein by reference.

**71.** By aiding and abetting A.T., the administrators of Rialto High School engaged in a course of conduct which annoyed, threatened, intimidated, alarmed, and put Jane Roe in fear of her safety.

**72.** As a result of Defendants' irresponsible, malicious, and unconstitutional conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

## TWELFTH CAUSE OF ACTION
**(Against Does 1-10)**
**Defamation of Character**

14

**73.** Plaintiff realleges paragraphs 1 through 72 and fully incorporate them herein by reference.

**74.** Here, Rialto High School student A.T., based purely on unwarranted hatred, published on social media false, defamatory, and unprivileged statements about Jane Roe and her mother, La Toya Walker, calling them a "hoe" [whore], had a natural tendency to injure and cause special damages.

**75.** As a result of Defendants' irresponsible, malicious, and unconstitutional conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

### THIRTEENTH CAUSE OF ACTION
**(Against School District, Officer Sandoval, and City of San Bernardino)**
**False Imprisonment**

**76.** Plaintiff realleges paragraphs 1 through 75 and fully incorporate them herein by reference.

**77.** When San Bernardino Police Officer Sandoval held victim Jane Roe, against her will, after A.T. made a death threat directly to Jane Roe during their English class, and gave victim Jane Roe an ultimatum to either sign a paper or be further detained/arrested, subjecting her to an unlawful and willful detention, without her consent, Defendants became liable for false imprisonment.

**78.** As a result of Defendants' irresponsible, malicious, and unconstitutional conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

### FOURTEENTH CAUSE OF ACTION
**(All Defendants)**
**Intentional Infliction of Emotional Distress**

**79.** Plaintiff realleges paragraphs 1 through 78 and fully incorporate them herein by reference.

**80.** By her extreme and outrageous conduct of bullying, death threats, and porno-related cyber-stalking, A.T., with the intention of causing emotional distress to Jane Roe, caused her to suffered severe and extreme emotional distress; and A.T's conduct was the actual and proximate cause of the emotional distress by the defendant's outrageous conduct.

15

(*Cervantez v. J.C. Penney Co.* (1979) 24 Cal.3d 579, 593.)  In addition to aiding and abetting the bullying and harassing conduct, School District and its agents refused to take any reasonable action to protect Jane Doe for emotional harm.

**81.** As a result of Defendants' irresponsible, malicious, and unconstitutional conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

## FIFTEENTH CAUSE OF ACTION
### (All Defendants)
### Negligent Infliction of Emotional Distress

**82.** Plaintiff realleges paragraphs 1 through 81 and fully incorporate them herein by reference.

**83.** In the current case, Jane Roe suffered and endured serious emotional distress as a result of a breach of duty owed to her that was assumed by the School District, and imposed on the School District, and its agents – including Rialto Unified School District Superintendent Cuauhtémoc Avila; Rialto High School Principal Arnie Avila; Rialto High School Assistant Principals Todd Harris, Caroline Sweeney, and Alex Olmos; City of San Bernardino Police Officer Sandoval; and Rialto High School Security Officer Bishop – as a matter of law, which arose out of a school/student relationship between the two.  (See Burgess v. Superior Court (1992) 2 Cal.4th 1064, 1072.)

**84.** As a result of Defendants' irresponsible and negligent conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

## SIXTEENTH CAUSE OF ACTION
### (All Defendants)
### Assault

**85.** Plaintiff realleges paragraphs 1 through 84 and fully incorporate them herein by reference.

**86.** By engaging in actions and conduct – including bullying, making death threats, and physical attacks – that intended to cause a harmful or offensive contact with the person of Jane Roe, and Jane

Roe's imminent apprehension of such contact, causing her to be put in such imminent apprehension as a result, A.T. is liable for her tortious assaults. [Restatement 2d, Torts §21].  In addition to aiding and abetting the assault of Jane Roe, School District and its agents refused to take any reasonable action to protect Jane Doe from being assaulted.

**87.** As a result of Defendants' violent, malicious, harmful, and offensive conduct, conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

## SEVENTEENTH CAUSE OF ACTION
### (All Defendants)
### Battery

**88.** Plaintiff realleges paragraphs 1 through 87 and incorporate them fully herein by reference.

**89.** When A.T. physically attacked Jane Roe, with the intent to harm or offend her, Jane Roe did not consent to the touching, and was harmed and offended by A.T.'s conduct, such that a reasonable person in Jane Roe's position would have been offended by the touching. (So v. Shin (2013) 212 Cal.App.4th 652, 669.)  In addition to aiding and abetting the battery of Jane Roe, School District and its agents refused to take any reasonable action to protect Jane Doe being battered by her bully.

**90.** As a result of Defendants' violent, malicious, harmful, and offensive conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

## EIGHTEENTH CAUSE OF ACTION
### (Against Does 1-10)
### Parental Liability

**91.** Plaintiff realleges paragraphs 1 through 90 and fully incorporate them herein by reference as.

**92.** Under California Civil Code section 1714.1, "Any act of willful misconduct of a minor that results in injury or death to another person, or in any injury to the property of another, shall be imputed to the parent or guardian having custody and control of the minor for all purposes of civil damages."

17

In the present case, the custodial parent(s) of A.T., a minor, is liable for A.T.'s willful misconduct and intentionally tortious behavior because her bullying, death threats, assaults, spewing of hatred, violence, use of a pornographic video for purposes of taunting, shaming, and intimidating, and stalking caused severe and traumatic injuries to Jane Roe.

**93.** As a result of Defendants' irresponsible, malicious, and unconstitutional conduct, Plaintiff was damaged physically and emotionally, and sustained consequential and incidental damages, attorney fees, and other amounts to be determined at trial.

18

# VI.  PRAYER

WHEREFORE, Plaintiff prays judgment against the Defendants, and against each of them, jointly and severally, as follows:

### As to All Causes of Action:

1. For compensatory and exemplary damages in excess of $1 million;
2. For general damages according to proof at trial;
3. For costs of suit;
4. Attorney's Fees; and
5. For such other and further remedy as the court may deem just and proper.

**Diourbel & Associates**

Dated – May 8, 2019

/s/ D/Dio            .
Dakar Diourbel, Esq.,
Attorney for Plaintiff

19