Maria A. Aarvig (SBN 146671)
maarvig@aarviglaw.com
Michael Reiter (SBN 197768)
mreiter@aarviglaw.com
AARVIG & ASSOCIATES, APC
P.O. Box 8728
Redlands, California 92375
Telephone: (909) 307-0026
Facsimile: (909) 307-0255
Attorneys for Defendants, RIALTO UNIFIED SCHOOL DISTRICT, TODD HARRIS and, CAROLINE SWEENEY.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JANE ROE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RIALTO UNIFIED SCHOOL DISTRICT et al.,<br><br>　　　　Defendants. | CASE NO: 5:19-cv-863-JGB (SP)<br><br>**JUDGMENT** |

The above-captioned case was tried by a jury with the Honorable Judge Jesus G. Bernal presiding, and the jury rendered a verdict on September 30, 2021. The verdict is that the plaintiff recovers nothing. Defendants RIALTO UNIFIED SCHOOL DISTRICT, TODD HARRIS, and CAROLINE SWEENEY are the prevailing parties and may recover costs. Judgment is hereby pronounced for defendants RIALTO UNIFIED SCHOOL DISTRICT, TODD HARRIS, and CAROLINE SWEENEY against plaintiff Samiyah Dickerson.

　　　　IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: October 28, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JESUS G. BERNAL, DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT